UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY HARRISON,<br><br>                        Petitioner,<br><br>    v.<br><br>JERI BOE,<br><br>                        Respondent. | No. 3:18-CV-05378-RJB-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS CASE WITHOUT PREJUDICE** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. 5).

(2)     Petitioner's request for voluntary dismissal (Dkt. 4) is HEREBY GRANTED.

(3)     Petitioner's federal habeas Petition is dismissed WITHOUT prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

(4)     The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 25th day of June, 2018.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1